UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**RECEIVED**
Feb 25. 2014
FEB 2 5 2014
MB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JESSE WILLIAM BETHEL

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

14CV1370
JUDGE DARRAH
MAGISTRATE JUDGE COX

vs.

THOMAS J. DART
SHERIFF OF COOK
COUNTY D.O.C.
Toni Preckwinkle

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

✓ _____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

   A. Name: JESSE William Bethel

   B. List all aliases: N/A

   C. Prisoner identification number: 20131206258

   D. Place of present confinement: Cook County Jail D.O.C.

   E. Address: 2600 So. California P.O. Box 089002 Chicago, Il. 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Thomas J. Dart
      Title: Sheriff of Cook County
      Place of Employment: 704 Richard J. Daley Center Chicago, Il. 60602

   B. Defendant: Toni Preckwinkle
      Title: President Cook County Board of Commissiners
      Place of Employment: 69 W. Washington St. Suit 3040 Chicago Ill. 60602

   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.    List all defendants: _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

    G.    Basic claim made: _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This Complaint is against Thomas J. Dart D.O.C. for Cruel and unusual Punishment while in their Custody. On 11/6/12 to 11/9/12 I lived on Div3 Annex 1A Cell 8 in a Condemned area with no heat, wet floors, mildew on shower walls, garbage on shower room floors, rats, and big cockroaches running around which was all hazardous to my health. On 11/9/12 I was transfered to Stateville until 2/16/13. On 2/16/13 I lived on Div5 1A upper Cell another Condemned area with bad Living Conditions.

ISSUE II: On 12/6/13 to 1/13/14 I Lived on Div2 dorm 3 BB. On 1/13/14 I was moved to Div3 dorm B1 which was another Condemned area in Cook County Jail housing units. On 1/12/14 and on 1/13/14 Sgt. Mercer, Came to Div3 dorm B1 to Voiced her opinion on

Revised 9/2007

our bad living situation. And how this area and building constantly smells like piss. And how they don't do they job, because she seen for herself how the piss water from the toilets stayed on the dayroom floor in the inmate telephone area. She then came back and passed out some grievance forms to help our situation. Div 3 dorm B1 floortile was ripped off the floor everywhere, the bed and tables was not bolted down and rusted, asbestos blowing in the air, the air smelled like piss, us inmate's couldn't use the telephone without standing in piss/sewer water from toilets, which stayed on the floor all day and everyday, mildew, mold, and fungus on shower walls, toilet's constantly leaking sewer water, spiders, big cockroaches and mices running around through our commisary, because we was not issued any boxes for our belongings. Each area I was placed in was unsafe, a heath risk and very unsanitary.

Revised 9/2007

**V.    Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Due to the Cruel and unusal punishment while in the Custody of Cook County Jail D.O.C. I would like to be Compensated financially for all the days I've Suffered. My human Comfort was Violated, which is unConstitutional. And most importantly, this Court Should send Some one to investagate these buildings.

VI.   The plaintiff demands that the case be tried by a jury.  ☐ YES  ☑ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 14

_____
(Signature of plaintiff or plaintiffs)
Jesse William Bethel
(Print name)
20131206258
(I.D. Number)

P.O. Box 089002
Chicago Il. 60608
(Address) Div 3 B1

6

Revised 9/2007